IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 21-mj-8045-GCS |
| Plaintiff, ) | |
| ) | Title 18, United States Code, |
| vs. ) | Section 922(g)(1) |
| ) | |
| DINISH L. WATSON, ) | **FILED UNDER SEAL** |
| ) | |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, Matt Inlow, Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1
### Felon in Possession of a Firearm

Between October 1, 2020 and January 11, 2021, in St. Clair County, within the Southern District of Illinois,

### DINISH L. WATSON,

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, namely: Aggravated Battery/Great Bodily Harm, on or about January 3, 2020, in Case No. 2016-CF-002151, in the Circuit Court of the Third Judicial Circuit Madison County, Illinois, did knowingly possess a firearm, to wit: a Del-Ton Inc., Model DTI-15, 5.56 Caliber Rifle, bearing Serial Number DTI-S205821, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## AFFIDAVIT

Your affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) currently assigned to the Fairview Heights, Illinois Field Office and has been so employed since September 2001. Your affiant was previous employed as a United States Secret Service Uniformed Division Police Officer from November of 2000 through September of 2001. Your affiant is responsible for investigating violations of federal firearms laws, including Title 18, United States Code, Section 922(g)(1), making it unlawful for any person who has been convicted of a crime punishable by more than one year in prison to possess a firearm, which affects or is transported in interstate commerce.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your Affiant states as follows:

1. On January 11, 2020, I was working along with the United States Marshals Fugitive Task Force to execute a Federal Arrest Warrant on Lidell D. YATES for violations of Title 18 United States Code 922(g)(1)-Felon in Possession. Specifically, the United States Marshals Fugitive Task Force was executing the Federal Arrest Warrant for YATES at 1816 Gay Ave., East St. Louis, Illinois, which is the residence for Dinish WATSON and his mother Alice Wright.

2. Law Enforcement had been provided WATSON's residence of 1816 Gay Ave., East St. Louis, Illinois as the address where YATES was currently staying, in the Southern District of Illinois. WATSON had previously listed 1816 Gay Ave., East St. Louis, Illinois, as his residence during previous arrests.

3. On January 11, 2021, Agents arrived at 1816 Gay Ave., East St. Louis, Illinois and knocked on the door announcing Police in an attempt to make contact with YATES. Agents positioned at the rear of the residence observed YATES look out the window and retreat within the residence. Law Enforcement ultimately entered into the residence announcing their presence as Law Enforcement and conducted a protective sweep. WATSON came down the hall from the back bedrooms when called by Law Enforcement and was taken into custody. YATES was eventually located hiding in the attic of the residence after using a stool to climb through the attic door located at the end of the hall. Law Enforcement had secured the residence as they were searching for YATES. Law Enforcement observed multiple firearms inside the residence laying in plain view. Ms. Alice Wright, who is the lease holder of the residence, verbally provided Law Enforcement with consent to search her residence.

4. WATSON was later interviewed by Law Enforcement and told Agents that the firearms belonged to YATES. He stated that YATES had been staying at his house for the last couple of months. WATSON admitted that his fingerprints and DNA would be on the Del-Ton Inc., Model DTI-15, 5.56 Caliber Rifle, bearing Serial Number DTI-S205821 and that he had taken photographs of himself posing with the firearm. SS/A Inlow showed WATSON a picture of the Del-Ton Inc., Model DTI-15, 5.56 Caliber Rifle, bearing Serial Number DTI-S205821 and WATSON identified it as the rifle that he had posed with. WATSON also informed Agents that he was released from prison on February 3, 2020, after serving an 18 month sentence.

5. Law Enforcement conducted a search of the residence, based on Alice Wright's

consent. Law Enforcement recovered two firearms, a bullet proof vest, ammunition, firearms magazines, and suspected narcotics. The firearms were identified as: a Del-Ton Inc., Model DTI-15, 5.56 Caliber Rifle, bearing Serial Number DTI-S205821 and a Sig-Sauer, Model SP2022, 9mm Caliber Pistol, bearing Serial Number SP0147456. All firearms had been shipped and transported in interstate commerce.

6. WATSON was convicted of a felony punishable by imprisonment for a term exceeding one year, being Aggravated Battery/Great Bodily Harm, on or about January 3, 2020, in Case No. 2016-CF-002151, in the Circuit Court of the Third Judicial Circuit Madison County, Illinois.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Matthew R. Inlow
Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives

STEVEN D. WEINHOEFT
United States Attorney

LAURA V. REPPERT
Assistant United States Attorney

| State of Illinois | ) | |
| --- | --- | --- |
| | ) | SS. |
| County of St. Clair | ) | |

Sworn on the 10th day of February 2021, in East Saint Louis, Illinois, within the Southern District of Illinois.

GILBERT C. SISON
United States Magistrate Judge

4