**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 21-30031-DWD |
| Plaintiff, ) | |
| ) | Title 18, |
| vs. ) | United States Code, |
| ) | Sections 2251(a), 922(g)(1) and 924(a)(2) |
| DINISH L. WATSON, ) | |
| ) | |
| Defendant. ) | |

**FILED**

**INDICTMENT**

FEB 2 4 2021

**THE GRAND JURY CHARGES:**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**COUNT 1**

**PRODUCTION OF CHILD PORNOGRAPHY**

Between December 15, 2020 and January 31, 2021, in St. Clair County, Illinois, within the Southern District of Illinois,

**DINISH L. WATSON,**

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor female to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and attempted to do so, that being a digital video depicting sexual intercourse, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

**COUNT 2**

**POSSESSION OF A FIREARM BY A FELON**

Between October 1, 2020 and January 11, 2021, in St. Clair County, Illinois, within the

Southern District of Illinois,

## DINISH L. WATSON,

defendant herein, knowingly possessed a firearm in and affecting commerce, that is, a Del-Ton Inc., Model DTI-15, 5.56 Caliber Rifle, bearing Serial Number DTI-S205821, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

1. The allegations contained above are hereby realleged and incorporation by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the above offense in violation of Title 18, United States Code, Section 922(g)(1), the defendant, **DINISH L. WATSON**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing commission of the offense, including but not limited to:

a Del-Ton Inc., Model DTI-15, 5.56 Caliber Rifle, bearing Serial Number DTI-S205821; and all ammunition possessed therewith; all pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_(signature)_
LAURA REPPERT
Assistant United States Attorney

_(signature)_ Digitally signed by STEVEN WEINHOEFT
Date: 2021.02.23 19:44:19 -06'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention