IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 21-CR-30031-DWD |
| | ) | |
| DINISH L. WATSON, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF FACTS**

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Laura V. Reppert, Assistant United States Attorney for said District, and enters into the following Stipulation of Facts with Defendant:

Count 2

1. On January 11, 2021, agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and the United States Marshals Fugitive Task Force were executing a federal arrest warrant for Lidell D. Yates. Agents had previously learned that Yates had been staying at 1816 Gay Avenue, East Saint Louis, Illinois, which is Defendant's residence.

2. Agents knocked on the door of 1816 Gay Avenue, East Saint Louis, Illinois, announcing "Police" in an attempt to locate Yates. Agents positioned at the rear of the residence observed Yates look out the window and retreat within the residence. Agents entered into the residence announcing their presence as law enforcement and conducted a protective sweep. Agents observed two firearms in plain view and ultimately located Yates in the attic of the residence.

1

3. Agents secured the residence and asked the lease holder, Alice Wright, for permission to search her residence. She agreed.

4. Agents seized a Del-Ton Inc., Model DTI-15, 5.56 Caliber Rifle, bearing Serial Number DTI-S205821, an additional firearm, a bulletproof vest, ammunition, firearms magazines, and suspected narcotics.

5. Defendant was present during the search for Yates. He was interviewed about the firearms. Defendant stated that Yates had been staying at his house the last couple of months. Defendant stated that his fingerprints and DNA would be on the Del-Ton Inc., Model DTI-15, 5.56 Caliber Rifle, bearing Serial Number DTI-S205821 and that he took photos of himself with that firearm. Defendant also told agents he had been released from prison the previous year after serving a sentence for a felony offense.

6. Defendant had been previously convicted of a crime that was punishable by a term of imprisonment of more than one year and knew that he had been convicted of such crime, specifically, Madison County Case Number 16-CF-2151, Aggravated Battery.

7. The Del-Ton rifle was not manufactured in the State of Illinois, and accordingly had been shipped or transported in interstate commerce.

Count 1

1. On January 28, 2021, J.E., a 16-year-old minor female, and her mother went to the East St. Louis Police Department to report an Aggravated Criminal Sexual Abuse. J.E. told officers that she met Defendant in December of 2020. She told investigators that their relationship quickly became sexual in nature and abusive.

2. J.E. told investigators that in late December of 2020 and January of 2021, she stayed with Defendant off and on at his residence, 1816 Gay Avenue in East St. Louis. During an

interview with investigators, J.E. showed a video that Defendant made of J.E. performing oral sex on Defendant at his residence. The date of the video recording was January 3, 2021.

3. J.E.'s mother gave law enforcement consent to search J.E.'s phone. Investigators located text messages between J.E. and Defendant where Defendant made admissions that he had sexual intercourse with J.E.

4. After Defendant's arrest, his iPhone was seized and a search warrant was obtained to search his iPhone. The video of J.E. performing oral sex on Defendant was located on Defendant's phone.

5. Defendant's phone was not manufactured in the State of Illinois, and accordingly, it had previously been transported or shipped in interstate commerce.

This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the Defendant's guilty pleas and is not necessarily an exhaustive account of the incidents. All relevant events occurred within the Southern District of Illinois.

**SO STIPULATED.**

DINISH L. WATSON
Defendant

EUGENE HOWARD
Attorney for Defendant

Date: 10/9/21

STEVEN D. WEINHOEFT
United States Attorney

LAURA V. REPPERT
Assistant United States Attorney

Date: 10/4/21